**1325** BOARD OF SUPERVISORS (Bay) vs. BOARD OF SUPERVISORS (Arenac), No. 15413½.

To compel the respondent board to levy a tax to raise an

amount sufficient to refund State taxes paid by Bay County, which should have been paid by Arenac County, but which were apportioned to Bay after the organization of Arenac.

Order to show cause denied February 18, 1896, on the ground that the application should have been made to the Circuit Court.